UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBIE KENNETH TOWNSEND, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-10-3751 |
| | § | |
| BAC HOME LOANS SERVICING, LP; fka | § | |
| COUNTRYWIDE HOME LOANS | § | |
| SERVICING LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR EXPEDITED RESPONSE

The plaintiff's motion for reconsideration of memorandum and order and final judgment has been filed (#45). A response to this motion is required on an expedited basis. The response is due no later than April 15, 2011.

SIGNED at Houston, Texas this 6th day of April, 2011.

_____
Kenneth M. Hoyt
United States District Judge